EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMON LUNA, OLGA HERNANDEZ, JAVIEL HERNANDEZ, ERNESTO RODRIGUEZ, DIONICIO FRIAS, SANTA CAROLINA ACOSTA, and MARIA TERESA VASQUEZ,<br><br>Plaintiffs,<br><br>-against-<br><br>SANTIAGO QUEZADA AND EUROS EL TINA RESTAURANT LOUNGE AND BILLIARDS CORP. d/b/a EL TINA LOUNGE,<br><br>Defendants. | Case No. 20-cv-1575 (GHW)<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STUPLATED AND AGREED, by and between the parties or the undersigned counsel for the respective parties, that this action shall be DISMISSED WITHOUT PREJUDICE and with each party bearing its own costs and attorneys fees.

Dated: September 29, 2020
       New York, New York

THE ROSE LAW GROUP, PLLC

_____
Jesse Rose, Esq.
31-09 Newtown Avenue, Suite 309
Astoria, New York 11102
*Attorney for Plaintiff*

RODRIGUEZ + CO.

_____
Argilio Rodriguez, Esq.
350 Fifth Ave, Suite 5909
New York, NY 10118
*Attorney for Defendants*

SO ORDERED:

_____