UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RAMON LUNA, OLGA HERNANDEZ,           :
JAVIEL HERNANDEZ, ERNESTO RODRIGUEZ,
DIONICIO FRIAS, SANTA CAROLINA ACOSTA, :
and MARIA TERESA VASQUEZ,        :
                                                      :
                    Plaintiffs,       :             ORDER
                                                      :
         -against-                    :             20-CV-1575(KNF)
                                                      :
SANTIAGO QUEZADA AND EUROS EL TINA    :
RESTAURANT LOUNGE AND BILLIARDS,      :
CORP., d/b/a EL TINA LOUNGE,          :

                                                      :
                    Defendants.       :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    Based on Docket Entry No. 32, the Clerk of Court is directed to record on the docket sheet maintained for this action that the action is terminated.

Dated: New York, New York                    SO ORDERED:
      October 1, 2020

                                                    _/s/ Kevin Nathaniel Fox_____
                                                   KEVIN NATHANIEL FOX
                                                   UNITED STATES MAGISTRATE JUDGE